**Electronically Filed
Intermediate Court of Appeals
30674
17-DEC-2012
08:54 AM**

NO. 30674

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
GORDON C.Y. AU, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1465)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Foley and Leonard, JJ.)


        Upon consideration of Defendant-Appellant Gordon C.Y. Au's motion for reconsideration of this court's November 28, 2012, Summary Disposition Order,
        IT IS HEREBY ORDERED THAT the motion is denied.
        DATED: Honolulu, Hawai'i, December 17, 2012.


Chief Judge

Associate Judge

Associate Judge